JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ALICIA COOKSEY, | Case No. CV 24-7805-GW-MARx |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JPMORGAN CHASE BANK, N.A., et al, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on July 16, 2025, IT IS HEREBY ORDERED THAT Plaintiff's causes of action against all Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
HON. GEORGE H. WU,
United States District Judge